**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02054-KLM

LINDA GODDING,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

---

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68, the following Judgment is hereby entered.

Pursuant to the offer of judgment served on October 19, 2015 and the acceptance thereof filed October 22, 2015, with proof of service, it is

ORDERED that judgment is hereby entered for LINDA GODDING and against MIDLAND CREDIT MANAGEMENT, INC. In the amount of $1,001.00, which sum shall include reasonable attorney's fees and recoverable costs as agreed to by counsel or as determined by the court.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.23% from the date of entry of judgment.

  Dated at Denver, Colorado this 23rd day of October, 2015.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

By:     s/M. Ortiz
           M. Ortiz
           Deputy Clerk